# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GEORGE ROGERS, ADMINISTRATOR OF THE ESTATE OF JOSHUA ROGERS,

    Petitioner

v.

LLOYD THOMAS, HAYDEN THOMAS AND/OR THE OUTDOORSMAN INC.,

    Respondent

: No. 172 MAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

SUZETTE BENET, ADMINISTRATOR OF THE ESTATE OF GILBERTO ALVAREZ,

    Petitioner

v.

LLOYD THOMAS, HAYDEN THOMAS AND/OR THE OUTDOORSMAN INC.,

    Respondent

: No. 173 MAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.